LILLIAN B. GILL, WIDOW OF JAMES I. GILL, DECEASED, v. JOHN D. GILL, ADMINISTRATOR C. T. A. OF THE ESTATE OF JAMES I. GILL.

(Filed 29 April, 1936.)

APPEAL by defendant from Williams, J., at June Term, 1935, of WAKE.

Bart M. Gatling for plaintiff.
B. C. Beckwith for defendant.

PER CURIAM. The plaintiff's petition for the widow's year's allowance under the statute, C. S., 4108, was allowed by the clerk, and upon appeal the clerk's judgment was approved and confirmed by the Superior Court. The plea of the statute of limitations, not having been interposed in apt time, was not available to the defendant.

Affirmed.